```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**KALLIOPE AMORPHOUS,**                          23-cv-9817 (JGK)

              **Plaintiff,**               <u>**ORDER**</u>

    - against -

**COSMOS ENTITY, INC., ET AL.,**

              **Defendants.**
─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by **March 22, 2024.**

**SO ORDERED.**

**Dated:    New York, New York**
             **March 7, 2024**

                                                  /s/ John G. Koeltl
                                          ─────────────────────────────
                                               **John G. Koeltl**
                                         **United States District Judge**