UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KALLIOPE AMORPHOUS,
                Plaintiff(s)

                                                                                    23 civ 9817 (JGK)

       -against-

COSMOS ENTITY, INC.,
                Defendant(s).
-----------------------------------------------------------X

## ORDER

The Court, having directed the parties to file a Rule 26(f) report by March 22, 2024,

The conference scheduled for March 13, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

/s/ John G. Koeltl
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 10, 2024